# EXHIBIT 2

style: SWIRLS



style: DIVA

