# EXHIBIT 3

Case 2:21-cv-18689-JXN-AME    Document 1-3    Filed 10/15/21    Page 2 of 8 PageID: 22



# Neu Baby

## BEAUTY. HAIR. SKINCARE. FASHION

  Log In    0

HOME          SHOP ALL          ABOUT          CONTACT          THE BLOG          Gift Card

Home / Shop All / Ariel                                        ‹ Prev | Next ›



     

Design inspired by Model phfame.  (Cover photo)Hand-crafted "Neu Baby Hairs" are a Brilliant Innovation that gives you perfect baby hairs in a flash! Neu Baby hairs are temporary cosmetic tattoos that are perfectly sized and customizable to fit all head sizes. Artistically prepared, they look so real no one will know its not your natural Hairline. Nobody' gonna know! Each design is made with defined hair strokes,  giving the impression of perfectly shaped baby hairs, with no edge gel or products needed.  Even more amazing, with Neu Baby Hairs you never have to compromise on quality. Neu Baby Hairs are "Waterproof", "Hypoallergenic", "Super Easy to Apply", and "Made in the USA", and can last up to 7 days with care. We have more surprises for you! Neu Baby Hairs apply in only minutes.  With this magical product, you no longer have to worry about curled up or dried out edges! So throw your edge brush away girls! Our edges are fully water and sweat proof.

## Ariel

**$20.00**

Color: Black



Quantity

Select ⌄

Quantity

1

Add to Cart

PRODUCT INFO    —

Each Neu Baby Hair sheet comes with 1 pair of edges, one for the right and left side of the head. Our Cosmetic Tattoos were especially designed to fit all head sizes naturally.
Choose between five, ten, or fifteen sheets. **The more you buy the more you save.**
**5 sheets = 10 Baby Hairs**
**10 sheets = 20 Baby Hairs**
**15 sheets = 30 Baby Hairs**
Application:
Step 1. Cut and Position
1. Cut around the border of the tattoo design. The tattoo can be **customized** to your hairline by cutting away any unnecessary areas. Apply cl to the natural hairline. Remember to remove t protective film cover before placement. Apply

tacky side down. Do not apply directly over natural hair. Do not apply over makeup. **Apply to clean product/makeup free skin.** *See! As simple as that!*

**Step 2. Apply water**

Wet the backside of the tattoo. Apply gentle pressure for 15-30 seconds. *You are doing great till now!*

**Step 3. Reveal**

Peel away slowly and reveal your results. Slowly wipe away any excess adhesive on the natural hairline with a damp sponge/cloth wiping towards the hairline. Don't worry if you get any excess in your hair, it easily wipes off, so that you can apply the design closely to your hairline. Apply any edge gel to natural hair line as needed/ or preference. *I woke up like this!*

**How to remove:**

When you are ready to change your baby hairs, they are easily removed by rubbing the forehead with a wet sponge in a circular motion using any alcohol based product such as astringent or makeup wipes.

**If it Ain't Neu Baby...It Ain't It Baby!**

---

RETURN & REFUND POLICY                                          +

---

SHIPPING INFO                                                   +

---

Shipping

Returns and Refunds

Terms and Conditions

Privacy Policy

Contact Us
- Call or Text Us:
- (844) 940-4157
- Email Us:
  info@itsneubaby.com



Case 2:21-cv-18689-JXN-AME    Document 1-3   Filed 10/15/21    Page 5 of 8 PageID: 25



# Neu Baby

## BEAUTY. HAIR. SKINCARE. FASHION

 Log In    0

HOME    SHOP ALL    ABOUT    CONTACT    THE BLOG    Gift Card

Home / Shop All / Princesz Leiah

‹ Prev | Next ›



      

## Princesz Leiah

### $20.00

Color: Black



Quantity

Select ▾

Quantity

1

Add to Cart

PRODUCT INFO   —

Each Neu Baby Hair sheet comes with 1 pair of edges, one for the right and left side of the head. Our Cosmetic Tattoos were especially designed to fit all head sizes naturally.

Choose between five, ten, or fifteen sheets. **The more you buy the more you save.**

**5 sheets = 10 Baby Hairs**

**10 sheets = 20 Baby Hairs**

**15 sheets = 30 Baby Hairs**

**Application:**

**Step 1. Cut and Position**

1. Cut around the border of the tattoo design. The tattoo can be **customized** to your hairline by cutting away any unnecessary areas. Apply close to the natural hairline. Remember to remove the protective film cover before placement. Apply

Are you ready to feel like Princess?We have the perfect Crown for you!Hand-crafted "Neu Baby Hairs" are a Brilliant Innovation that gives you perfect baby hairs in a flash! Neu Baby hairs are temporary cosmetic tattoos that are perfectly sized and customizable to fit all head sizes. Artistically prepared, they look so real no one will know its not your natural Hairline. Nobody' gonna know! Each design is made with defined hair strokes,  giving the impression of perfectly shaped baby hairs, with no edge gel or products needed.  Even more amazing, with Neu Baby Hairs you never have to compromise on quality.   Neu Baby Hairs are "Waterproof", "Hypoallergenic", "Super Easy to Apply", and "Made in the USA", and can last up to 7 days with care. We have more surprises for you! Neu Baby Hairs apply in only minutes. With this magical product, you no longer have to worry about curled up or dried out edges! So throw your edge brush away girls! Our edges are fully water and sweat proof.

tacky side down. Do not apply directly over natural hair. Do not apply over makeup. **Apply to clean product/makeup free skin.** *See! As simple as that!*

**Step 2. Apply water**

Wet the backside of the tattoo. Apply gentle pressure for 15-30 seconds. *You are doing great till now!*

**Step 3. Reveal**

Peel away slowly and reveal your results. Slowly wipe away any excess adhesive on the natural hairline with a damp sponge/cloth wiping towards the hairline. Don't worry if you get any excess in your hair, it easily wipes off, so that you can apply the design closely to your hairline. Apply any edge gel to natural hair line as needed/ or preference. *I woke up like this!*

**How to remove:**

When you are ready to change your baby hairs, they are easily removed by rubbing the forehead with a wet sponge in a circular motion using any alcohol based product such as astringent or makeup wipes.

**If it Ain't Neu Baby...It Ain't It Baby!**

---

RETURN & REFUND POLICY                                    +

---

SHIPPING INFO                                            +

---

Shipping
Returns and Refunds
Terms and Conditions
Privacy Policy

Contact Us
- Call or Text Us:
- (844) 940-4157
- Email Us:
  info@itsneubaby.com





Neu Baby – Baby Love (2021-07-06)